**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00602-CR

### CHRISTOPHER BARBER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-35500-V**

## ORDER

The Court **REINSTATES** the appeal.

On February 19, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with appellant's motion to suppress. We **ADOPT** the trial court's findings that: (1) the Dallas County District Clerk has not located the motion to suppress; (2) a copy of the motion to suppress was located in the file of appellant's trial counsel, Clifford Duke, and he provided the motion to the parties; (3) the parties have agreed by written stipulation, which is included with the findings, that the document provided by trial counsel is appellant's motion to suppress; and (4) the motion to suppress is included in the supplemental record with the trial court's findings and the stipulation.

We note that the only issue raised in appellant's brief related to the missing motion to suppress. Accordingly, we **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, a supplemental brief raising any issues related to the trial court's ruling on the motion to suppress, pursuant to the trial court's certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE